UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES STEWART**                                **CIVIL ACTION**

**VERSUS**                                         **NUMBER: 16-13460**

**JEFF WILLIAMS, ET AL.**                          **SECTION: "B"(5)**

### ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the motion to dismiss of Defendants, Major Jeff Williams, Captain Frank Cleland, and Lieutenant Shane Ladner, is granted and that Plaintiff's 42 U.S.C. §1983 claims against them in their official capacity are dismissed.

**IT IS FURTHER ORDERED** that the motion to dismiss of the five other Defendants is granted, that Plaintiff's federal claims against them are dismissed with prejudice, and that Plaintiff's state law claims against them are dismissed without prejudice.

New Orleans, Louisiana, this 23rd day of February, 2017.

_____
IVAN L.R. LEMELLE
SENIOR UNITED STATES DISTRICT JUDGE